No. 85–1105. CARTER ET AL. *v.* UNITED STATES;
No. 85–1118. MURRAY *v.* UNITED STATES; and
No. 85–1120. ROONEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Henderson* v. *United States, ante,* p. 321. JUSTICE STEVENS would deny the petitions for writs of certiorari.

No. 85–5040. ISAAC *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Henderson* v. *United States, ante,* p. 321. JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 85–236. EICHENLAUB *v.* YURKY ET AL. C. A. 3d Cir. [Certiorari granted, 474 U. S. 1049.] Judgment vacated and case remanded to the Court of Appeals to consider whether the case is moot.

No. 85–6947. STRAIGHT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Petition for writ of certiorari dismissed as moot.

No. — – ——. PEEDE *v.* FLORIDA. Motion to direct the Clerk to file the petition for writ of certiorari without the affidavit in support of motion for leave to proceed *in forma pauperis* granted.

No. D–509. IN RE DISBARMENT OF ALEXANDER. Disbarment entered. [For earlier order herein, see 474 U. S. 977.]

No. D–557. IN RE DISBARMENT OF KEIDEN. It is ordered that Bruce H. Keiden, of Southfield, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.